UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. |
| -vs- | : 29 USC § 439(c) (one count) |
| MICHAEL PONTICIAN,<br>  Defendant | : ( , J.) |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

1. At all times material to this Information Steel Workers Local 480A (Local) was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 USC § 401, et seq, required to file an Annual Financial (LM series) Report with the Secretary of Labor.

2. On or about November 11, 2007, and continuing until on or about March 13, 2011, in the Middle District of Pennsylvania, the Defendant,

MICHAEL PONTICIAN,

was the Local's financial secretary and did willfully make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is the Local's financial records, a record on matters required to be reported in the annual Financial Report of Steelworkers, Local 480A which was required to be filed with the Secretary of Labor for such labor organization's fiscal year ending on December 31, 2007 through December 31, 2011 and concealed the fact that the Defendant embezzled approximately $2,626 from the Local.

All in violation of Title 29, United States Code, Section 439(c).

*Peter Smith*
PETER J. SMITH
United States Attorney

Date: 8/2/13